044762/19344/TPD/CGT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE TOWNS, #B39649,<br><br>    Plaintiff,<br><br>v.<br><br>M. SIDDIQUI and WARDEN OF MENARD CORRECTIONAL CENTER,<br><br>    Defendants. | Case Number  3:18-cv-01455-SMY-RJD<br><br>Judge Staci M. Yandle<br>Magistrate Judge Reona J. Daly |

## MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES

COMES NOW Defendant, MOHAMMED SIDDIQUI, M.D., by and through his attorneys, CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 56 and CDIL-LR 7.1(D), for his MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES, states as follows:

1.  Plaintiff Dwayne Towns, #B39649, an IDOC inmate incarcerated at Menard Correctional Center, filed his §1983 Complaint on July 30, 2018 alleging that Dr. Siddiqui was deliberately indifferent to his serious medical needs. [Doc. 1].

2.  Plaintiff has failed to exhaust his administrative remedies with respect to Dr. Siddiqui as he is required to under the Prison Litigation Reform Act, 42 U.S.C. §1997e, *et seq*.

3.  Filed contemporaneously is Defendant's Memorandum of Law in Support of his Motion for Summary Judgment.  It is incorporated herein by reference.

WHEREFORE, Defendant Mohammed Siddiqui, M.D prays that this Court enters judgment in his favor, and in accordance with this Motion and Memorandum of Law, and for such other and further relief as this Court deems just and proper.

                Respectfully submitted,

                CASSIDAY SCHADE LLP

                By: /s/ Carla G. Tolbert
                    One of the Attorneys for Defendant,
                    MOHAMMED SIDDIQUI, M.D.

Carla G. Tolbert
ARDC No. 6305104
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
ctolbert@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Jeanine R. Armstrong, Esq.
Illinois Attorney General's Office
201 W. Pointe Drive
Suite 7
Belleville, IL 62226
jarmstrong@atg.state.il.us

and I hereby certify that a true and correct copy of the foregoing Motion was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, Missouri, with proper postage prepaid, before the hour of 5:00 p.m., on May 30, 2019. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Dwayne Towns, #B39649
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 1000
Menard, IL 62259

/s/ Carla G. Tolbert

9041110 CTOLBERT;CTOLBERT